UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Julie Swanson et al., ) | |
| ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:21-cv-00138 UNA |
| ) | |
| ) | |
| Murray Brothers, LLC, et al, ) | |
| ) | |
| Defendant(s). ) | |

## ORDER

The above styled and numbered case was filed on February 3, 2021, and opened as a new civil proceeding with a civil case number.

After a review of the case, it was determined that the case should have been opened as a miscellaneous proceeding and assigned a miscellaneous case number.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is opened as a miscellaneous proceeding and randomly assigned to the Honorable Matthew T. Schelp, United States District Judge, under cause number 4:21-mc-00081 MTS.

**IT IS FURTHER ORDERED** that cause number 4:21-cv-00138 UNA be administratively closed.

GREGORY J. LINHARES
CLERK OF COURT

Dated: February 3, 2021                          By: /s/ Michele  Crayton
                                                      Court Services Manager

**In all future documents filed with the Court, please use the following case number 4:21-mc-00081 MTS.**